FILED

MAY 31 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff  Christopher Rick Montez

SA23CA0702 OG

V.

Case No._____

Defendant  Patrick L. Hancock

## Permission to File

Dear United States District Court, the Western District of Texas, San Antonio Division;

United States District Judge, Jason Pulliam, is in violation of federal law. I am filing a new case in the Western district of Texas and Judge, Jason Pulliam, is requesting that, I need to ask for permission in order to file a Civil lawsuit. According to the step-by-step guide, to filing a civil lawsuit in the United States District court, I do not need permission. This is illegal, plus this is a new case and should be accepted according to federal law. According to Brenda, who is the receptionist, if you are pro se you must follow the step-by-step guide, civil lawsuit handbook (guide), with the information. The information is not described properly. The truth of the matter is that if a judge does not uphold his or her oath, they are guilty of treason. If you do not with hold law, as a federal judge, you indict yourself and it is considered a federal offense. My relief will be discussed in court. Once again, according to the Civil lawsuit guide, I don't need Jason Judge Jason Pulliam's permission. Case number 2023CI09351, is in Cadena Reeves Justice Center, so this is a federal chause against Patrick L. Hancock.

Sincerely,
Christopher Rick Montez