UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
September 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| CHRISTOPHER RICK MONTEZ | ) |
| | ) |
| v. | ) CIVIL NO. SA-23-CV-702-OLG |
| | ) |
| PATRICK L. HANCOCK | ) |

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

On this date the Court considered the report and recommendation of United States Magistrate Judge Richard B. Farrer, filed in the above-styled and numbered cause on August 30, 2023. Docket no. 4. Movant was served with a copy of the recommendation, and no objections have been filed. The Court need only review the recommendation and determine whether it is either clearly erroneous or contrary to law. Upon review, the Court accepts the recommendation and finds that the motion for permission to file is DENIED for the reasons stated in the recommendation. The proposed complaint will not be filed of record, and this matter is closed.

SIGNED on the 28 day of September, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE